UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LISA FLANDERS, ARYA FLANDERS, )<br>by her parent KRISHNA FLANDERS, )<br>And SHIVA FLANDERS, by her parent )<br>KRISHNA FLANDERS, )<br>      Plaintiffs, )<br>)<br>   v. )<br>)<br>FEDERAL-MOGUL CORP. and )<br>CONSUMER AUTO PARTS, INC., )<br>      Defendants. ) | Civil Action No. 5:16-cv-00027 |

### STIPULATION FOR DISMISSAL AND ORDER

NOW COME the parties to the above-entitled matter, by and through their respective counsel, hereby stipulate and agree that a settlement agreeable to all parties having been reached, the within action is **DISMISSED WITH PREJUDICE,** each party to bear its own costs, interest and fees.

Dated at Brattleboro Vermont this 14 day of Nov. 2016.

John C. Mabie, Esq.
Attorney for the Plaintiffs

Dated at Springfield, Vermont this 31 day of October 2016.

Andrew C. Boxer, Esq.
Attorney for Defendants

## ORDER

Based upon the above Stipulation it is **SO ORDERED.**

DATED at Rutland, Vermont this 22nd day of November, 2016.

_____
Geoffrey W. Crawford, U.S. District Judge